UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREEN EDGE ENTERPRISES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  4:02CV566TIA |
| ) | |
| RUBBER MULCH ETC., LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| AND RELATED CLAIMS ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court to reschedule the Markman hearing previously set for Monday, March 12, 2007 at 10:30 a.m.

Accordingly,

**IT IS HEREBY ORDERED** that the Markman hearing is reset to Wednesday, March 14, 2007 at 10:30 a.m. in Courtroom 15S.

**IT IS FURTHER ORDERED** that the parties shall comply with the remaining schedule set forth in the Order of February 5, 2007 [Doc. #185].

**IT IS FINALLY ORDERED** that, pursuant to the Court's acknowledgment to the parties during the Motion Hearing on February 5, 2006 that pre-trial compliance was unnecessary, the Court's Order re-setting the trial date to July 9, 2007, and the Amended Case Management Order issued April 28, 2005 specifying that pretrial is due 20 days prior to the date set for trial, the parties

need not submit pre-trial materials at this time. The parties should consult Document #77 section II, Order Relating to Trial, for all pretrial requirements pertaining to the July 9, 2007 trial date.

                                                    /s/ Terry I. Adelman  
                                    UNITED STATES MAGISTRATE JUDGE

Dated this  26th  day of February, 2007.