## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

Case No. 4:02CV566 TIA

☒ JURY Trial   ☐ NON JURY Trial   Day # 6   Date 4/15/11
Presiding Judicial Official Honorable Terry L. Adelman
Court Reporter S. Shrum/C. Simpson   Deputy Clerk D. O'Leary
Case Style Areen Edge vs. Rubber Resources, Etc, et al
Attorney(s) for Plaintiff(s) Joe Jacobson
Attorney(s) for Defendant(s) Ron Foster, Jennifer Hoekel

☐ Jury empaneled and sworn   ☐ Opening Statement(s) of ☐ Plaintiff ☐ Defendant made.
☐ Plaintiff evidence ☐commenced ☐resumed ☐ and ☐but not ☐concluded.
☒ Defendant evidence ☐commenced ☒resumed ☒and ☐but not ☒concluded.
☒ Plaintiff evidence in rebuttal ☒commenced ☐resumed ☒and ☐but not ☒concluded.
☐ Defendant evidence in surrebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

Motions made during trial and the ruling: Motion for Judgment as matter of law by TMC made, argued and Denied

☒ Closing Arguments of counsel made.
☒ Jury charged and retires to consider its verdict(s). (*Note:* Enter jury deliberation time below)
☐ Case taken under advisement.

☐ Jury having been given a special verdict in the form of written interrogatories for finding of fact, together with forms from general verdict ☐ retires to consider its verdict(s).

☒ Verdict returned (See verdict form.)   **Jury polled on motion of the** Court

☐ Jury unable to agree upon its verdict(s) by _____ am/pm is excused to resume deliberations on _____ at _____ am/pm
☒ Judgment is entered accordingly this date.
☐ Depositions ☒ Exhibits   receipt signed and filed   ☐ Court to retain   ☐ Depositions   ☐ Exhibits

☐ Proceedings to resume on _____ at _____

*Other:*_____

Jury Deliberations  Commenced 1:50 PM  Concluded 5:30 PM

Proceedings:  Commenced 8:30 AM  Concluded 1:50 PM
              Commenced _____  Concluded _____